SOLOMON C. BROTT et al., Plaintiffs, *v.* ALICE I. DAVIDSON et al., Respondents.

MICHAEL F. O'CONNOR, Appellant.

*Brott* v. *Davidson,* 87 App. Div. 29, appeal dismissed.
(Submitted November 10, 1903; decided November 24, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 21, 1903, which affirmed an order of Special Term directing the appellant herein to pay to the respondents a sum of money received by said appellant while acting as attorney for plaintiffs in an action to foreclose a mortgage.

*H. D. Bailey* for appellant.

*J. W. Atkinson* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J.; O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN C. McGEE, Appellant, *v.* JOHN N. PARTRIDGE, as Police Commissioner of the City of New York, Respondent.

*People ex rel. McGee* v. *Partridge,* 84 App. Div. 641, affirmed.
(Argued November 10, 1903; decided November 24, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 24, 1903, which affirmed the proceedings of the defendant in dismissing the relator from the police force of the city of New York.

*Hyacinthe Ringrose* for appellant.

*George L. Rives,* Corporation Counsel (*Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., HAIGHT, CULLEN and WERNER, JJ. Dissenting: O'BRIEN, BARTLETT and VANN, JJ.